## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MAINE

| | |
|---|---|
| CHARLES BURN )<br>      Plaintiff )<br>)<br>V. )<br>)<br>SEAPORT NAVIGATION COMPANY, INC. )<br>  d/b/a SCHOONER AMERICAN EAGLE )<br>      Defendant )<br>) | Civ. Act. No.: |

### PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

### GENERAL FACTUAL ALLEGATIONS

1. The Plaintiff, Charles Burn, is a resident of Columbia, South Carolina.

2. The Defendant, Seaport Navigation Company, Inc., is a corporation duly organized under the laws of Maine and principal place of business in Rockland, Maine and the corporation transacts business under the assumed fictitious name of Schooner American Eagle.

3. On or about 2022, the Defendant, Seaport Navigation Company, Inc., was in the business of offering sailing adventures on schooners.

4. On or about 2022, the Defendant, Seaport Navigation Company, Inc., was doing business in the State of Maine.

5. On or about June 29, 2022, the Defendant, Seaport Navigation Company, Inc., owned the S/V AMERICAN EAGLE.

6. On or about June 29, 2022, the Defendant, Seaport Navigation Company, Inc., operated S/V AMERICAN EAGLE.

7. On or about June 29, 2022, the Defendant, Seaport Navigation Company, Inc., controlled S/V AMERICAN EAGLE.

8. The Defendant, Seaport Navigation Company, Inc., chartered S/V AMERICAN EAGLE from some other person or entity such that, on or about June 29, 2022, the Defendant, Seaport Navigation Company, Inc., was the owner pro hac vice of S/V AMERICAN EAGLE.

9. On or about June 29, 2022, S/V AMERICAN EAGLE was in navigable waters.

10. On or about June 29, 2022, the Plaintiff, Charles Burn was a paying passenger aboard S/V AMERICAN EAGLE.

11. On or about June 29, 2022, the Plaintiff fell backwards going down a ladder on S/V AMERICAN EAGLE, when the boat pitched.

12. On or about June 29, 2022, the Plaintiff, Charles Burn sustained serious and permanent injuries, which include but are not limited to injuries to his spine.

13. Prior to and at the time he sustained the above-mentioned personal injuries, the Plaintiff, Charles Burn was exercising due care.

## JURISDICTION

14. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332. The Parties are diverse in that the Plaintiff is a resident of South Carolina and the Defendant, Seaport Navigation Company, Inc., is a Maine corporation. The amount in controversy, exclusive of interests and costs, exceeds the sum specified by 28 U.S.C. § 1332. In the event that diversity jurisdiction does not apply, this matter is being brought under the admiralty and maritime jurisdiction of the Court.

## COUNT I

## BURN V. SEAPORT NAVIGATION COMPANY, INC.

15. The Plaintiffs reiterates the allegations set forth in paragraphs 1 through 14 above.

16. The Defendant had a duty to provide reasonable care to the Plaintiff Charles Burn.

17. The personal injuries sustained by the Plaintiff, Charles Burn, were not caused by any fault on his part, but were caused by the negligence, gross negligence, willful, wanton or outrageous conduct and reckless indifference for the rights of others by the Defendant, Seaport Navigation Company, Inc., its agents, servants and/or employees, including but not limited to the following:

   a. Failure to have a hand railing on the ladder causing Plaintiff's incident and injuries;

   b. Failure to properly maintain inspect the ladder on the S/V AMERICAN EAGLE causing the Plaintiff's incident and injuries;

   c. Failure to warn Plaintiff of a potentially dangerous condition of the ladder causing Plaintiff's incident and injuries;

   d. Failure to maintain the S/V AMERICAN EAGLE in a safe condition causing Plaintiff's incident and injuries;

   e. Failure to safely and properly operate the vessel;

   f. Any other negligent acts that will be shown at trial.

18. As a result of said injuries, the Plaintiff, Charles Burn, has suffered pain of body and anguish of mind, lost time from his usual work and pursuits, incurred medical expenses, and has sustained and will sustain other damages as will be shown at trial.

WHEREFORE, the Plaintiffs demands judgment against the Defendant, Seaport Navigation Company, Inc., for all damages recoverable under the law against the Defendant, Seaport Navigation Company, Inc., together with interest and costs.

### THE PLAINTIFF DEMANDS A JURY TRIAL

**Respectfully submitted for the
the Plaintiff, CHARLES BURN
by his attorney,**

/s/ Carolyn M. Latti
Carolyn M. Latti
BBO #8074
Latti Associates LLC
29-31 Union Wharf
Boston, MA 02109
(617) 523-1000
clatti@lattiassociates.com

Dated:  June 12, 2025